## STATE OF CONNECTICUT *v.* AKOV ORTIZ

The defendant's petition for certification for appeal from the Appellate Court, 79 Conn. App. 667 (AC 22770), is denied.

*Moira L. Buckley,* assistant public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided December 2, 2003

## NANCY WEINSTEIN *v.* LUKE A. WEINSTEIN

The plaintiff's petition for certification for appeal from the Appellate Court, 79 Conn. App. 638 (AC 22843), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's denial of the plaintiff's motion to open this marital dissolution judgment on the basis of fraud?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17097.

*Lori Welch-Rubin,* in support of the petition.

*Wesley W. Horton* and *Karen L. Dowd,* in opposition.

Decided December 2, 2003